Josephine Gerrard (CBN 303221)
1791 Solano Avenue, Suite F01
Berkeley, CA 94707
Phone (510) 838-0529
Fax (510) 280-1635
Jo@gerrardlawoffices.com
Attorney for the plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOREN FARIA, | Case No.: 2:18-cv-00440-CKD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR A THIRTY-DAY EXTENSION TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| NANCY A. BERRYHILL, | |
| Acting Commissioner of Social Security | |
| Defendant. | |

The parties stipulate, subject to the approval of the court, Plaintiff be granted a thirty-day extension from the current date August 4, 2018 to September 3, 2018 deadline to file Plaintiff's Motion for Summary Judgment

STIPULATION AND ORDER FOR A THIRTY-DAY EXTENSION TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 1

This is Plaintiff's first request for an extension. Therefore, the parties jointly request an extension up to and including **September 3, 2018**.

Respectfully Submitted,

July 25, 2018

/s/ Josephine M. Gerrard
JOSEPHINE M. GERRARD
Attorney for Plaintiff


Carol S. Clark
Social Security Administration OGC
160 Spear Street Suite 800
San Francisco, CA 94105
415-977-8975
Email: carol.s.clark@ssa.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED


Edward Alan Olsen, ss
U.S. Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814
916-554-2821
Fax: 916-554-2900
Email: Edward.Olsen@usdoj.gov
ATTORNEY TO BE NOTICED

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

However, as September 3, 2018 is a federal holiday, plaintiff's motion is due September 4, 2018.

Dated: August 1, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE