MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
CAROL S. CLARK
Special Assistant United States Attorney
   Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, CA 94105
   Telephone: (415) 977-8975
   Facsimile: (415) 977-8873

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| LOREN FARIA, | CASE NO. 2:18-cv-00440-CKD |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO REMAND |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, Defendant. | |

## STIPULATION TO REMAND

IT IS HEREBY STIPULATED, by and between Loren Faria (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the medical evidence and other evidence of record and take further action, as warranted, to complete the administrative record and resolve the above issues.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: October 25, 2015

*/s/ Josephine Gerrard*
(As authorized via email on October 25, 2018)
JOSEPHINE GERRARD
Attorney for Plaintiff

Dated: October 25, 2015

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Carol S. Clark*
CAROL S. CLARK
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

Pursuant to stipulation, it is so ordered.

Dated: October 26, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE