1  JOSEPHINE M. GERRARD (CBN 303221)
2  Gerrard Law Offices
3  1791 Solano Avenue, Suite F01
   Berkeley, California 94707
4  Tel: 510-838-0529
   Fax: 510-280-1635
5  jo@gerrardlawoffices.com

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOREN FARIA,<br><br>    Plaintiff.<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>  Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:18-cv-00440-CKD<br><br>STIPULATION AND<br>ORDER FOR ATTORNEY'S FEES<br>AND COSTS PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT. |

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to stipulate to attorney's fees at $6,500.

   Plaintiff requests that the Court find that she meets the statutory requirements for an award of attorney fees under the EAJA and that the Commissioner's position was not substantially justified, and award $6,500 in attorney fees under 28 U.S.C. § 2412(d) and $400 as the Plaintiff's filing fee as costs under 28 U.S.C. § 2412(a).

   Plaintiff requests that the Court find that she meets the statutory requirements for an award of attorney fees under the EAJA and that the Commissioner's position was not

substantially justified, and award $6,500 in attorney fees under 28 U.S.C. § 2412(d) and $400 as the Plaintiff's filing fee as costs under 28 U.S.C. § 2412(a).

DATE: October 31, 2018

Respectfully submitted,

/s/ Josephine M. Gerrard
JOSEPHINE M. GERRARD
Attorney for Plaintiff

DATE: May 16, 2019

/s/Carol S. Clark
*As authorized by email and phone on May 16, 2019
CAROL S. CLARK
Attorney for Defendant

**APPROVED AND SO ORDERED. Plaintiff's motion for attorney fees pursuant to EAJA (ECF No. 21) is hereby denied as moot in light of the parties' stipulation.**

Dated: May 20, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE